[Nos. 58557-6-I; 58628-9-I. Division One. November 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICCO ANTHONY GRAVES, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 05-1-06319-6, Michael Heavey, J., entered July 3, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Grosse, JJ.

[No. 58907-5-I. Division One. November 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN FREDERICK COURTRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-05020-5, Laura C. Inveen, J., entered September 11, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Grosse, JJ.

[No. 59305-6-I. Division One. November 5, 2007.]

ASSURANCE ESCROW, INC., *Plaintiff*, v. CONYETTA G. GUNN, *Respondent*, PAULA E. AZOULAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-37788-7, Palmer Robinson, J., entered November 21, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, A.C.J., and Dwyer, J.

[Nos. 59337-4-I; 59839-2-I. Division One. November 5, 2007.]

PETERSON POWER SYSTEMS, INC., *Respondent*, v. TURNER LOGISTICS, LLC, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 05-2-40596-1, Joan E. DuBuque, J., entered December 12, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Schindler, A.C.J., and Ellington, J.